UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIANN RENAY WOOD,

    Defendant.
_____/

HON. ROBERT HOLMES BELL

Case No. 2:12-cr-12-04

## ORDER OF DETENTION

In accordance with the arraignment conducted before the undersigned on June 28, 2012, at which time the government renewed its motion for defendant's detention, supported by a recommendation for detention from pretrial services. For the reasons stated on the record, IT IS HEREBY ORDERED that the government's oral motion for detention shall be granted and that the defendant shall be detained pending further proceedings with defendant reserving the right to request a detention hearing at a later date.

IT IS SO ORDERED.

Date: June 28, 2012

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge