UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v().                                        Case No. 2:12-cr-12-07
                                            HON. R. ALLAN EDGAR

LATIF JANOCKO BESS,

    Defendant.
_____/

## ORDER OF DETENTION

The government has filed a motion for detention in this matter. A hearing was held before the undersigned on August 20, 2012. For the reasons stated on the record, the Court finds there is presently no combination of conditions that will reasonably assure the appearance of defendant at future court proceedings and the safety of the community. Accordingly,

IT IS ORDERED that the government's motion (Docket #92) is GRANTED and the defendant shall be detained pending further proceedings. Defendant retains the right to request a detention hearing at a future date.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 3142(i), defendant shall be placed in the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel and, on order of any court of the United States or on request of an attorney for the

government, the accused shall be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

        /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2012