UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                       Case No. 2:12-cr-12-06

JEREMEY LEE CORNETT,                  HON. R. ALLAN EDGAR

      Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 12, 2012, for an initial appearance and arraignment on an indictment alleging violations of one count of Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846, and two counts of Distribution of Heroin, 21 U.S.C. § 841(a)(1). The government filed a motion for detention, to which the defendant objected and requested that a detention hearing be scheduled. On October 1, 2012, a detention hearing was conducted. For the reasons stated on the record, the court finds that the defendant presents a risk of flight. The government's motion for detention is GRANTED and defendant is ordered detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: October 1, 2012          /s/ Timothy P. Greeley
                                TIMOTHY P. GREELEY
                                UNITED STATES MAGISTRATE JUDGE