UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN HOHENEDER III

    Defendant.
_____/

Case No. 2:12-cr-12-11

HON. ROBERT HOLMES BELL

## **ORDER OF DETENTION**

Defendant John Hoheneder III appeared before the undersigned on June 14, 2013, for an initial pretrial conference and detention hearing. The court finds that based on the information provided by pretrial services that defendant must be detained pursuant to 18 U.S.C. § 3142.[1] Accordingly, the court advised defendant that he would remain detained pending further proceedings, and that the matter of detention will remain open should defendant be able to find a suitable residence and custodian.

IT IS SO ORDERED.

Date:  June 20, 2013

           /s/ Timothy P. Greeley
           TIMOTHY P. GREELEY
           United States Magistrate Judge

---

[1] At the hearing, the defendant was informed that he would need to provide the court with a residence and custodian, approved in advance by pretrial services, in order for the court to consider the defendant's release.