UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 2:12-cr-12-9

v.

Honorable R. Allan Edgar

ROBIN GINE VOELKER,

        Defendant.

_____/

## MEMORANDUM AND ORDER

Defendant Robin Gine Voelker has filed a motion to suppress statements that she made during a post-arrest interview on January 9, 2013. Doc. No. 253. On June 14, 2013, U.S. Magistrate Judge Timothy P. Greeley submitted a report and recommendation that recommended that Defendant's motion to suppress be denied. Doc. No. 296. Defendant has not filed any objections to this report and recommendation. After reviewing the record, the Court ACCEPTS and ADOPTS the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. L.Cr.R. 57.2. Defendant's motion to suppress [Doc. No. 253] is DENIED.

        SO ORDERED.

Dated:    7/15/2013                              /s/ R. Allan Edgar
                                                                      R. Allan Edgar
                                                                      United States District Judge